# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WORLDSPACE, INC, et al.[1],<br><br>Debtor | Chapter 11<br><br>Case No. 09-10649 (MFW) |

## SUPPLEMENTAL DECLARATION OF ANDREW I. SILFEN IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO OCTOBER 29, 2008

I, Andrew I. Silfen, hereby declare under penalty of perjury:

1.  I am a partner of the law firm of Arent Fox LLP ("Arent Fox"), which employs approximately 350 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019, as well as offices in Washington, DC and Los Angeles, CA, and I am chair of the Bankruptcy and Financial Restructuring Group at Arent Fox.

2.  I am fully familiar with the facts hereinafter stated, and am authorized to make this supplemental declaration (the "Supplemental Declaration") on behalf of Arent Fox. The information contained in this Supplemental Declaration is of my own personal knowledge or derived from my review of the file in this case.

3.  I submit this Supplemental Declaration to provide continuing disclosures as required pursuant to Sections 328 and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 2014(a), regarding Arent Fox's representation of the Official Committee of Unsecured Creditors in the Chapter 11 cases of WorldSpace, Inc, *et al.* (the "Debtors").

---

[1] The Debtors are: (1) WorldSpace, Inc. (TIN: 52-1732881); (2) AfriSpace, Inc. (TIN: 52-1693956); and (3) WorldSpace Systems Corporation (TIN: 52-2010695).

NYC/435062.1

4. On December 1, 2008, the Official Committee of Unsecured Creditors (the "Committee") filed its application to employ and retain Arent Fox as counsel to the Committee *nunc pro tunc* to October 29, 2008 (the "Application"), which was accompanied by my declaration in support thereof (the "Declaration"), and it provided certain disclosures under Sections 327, 328, 504 and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

5. As set forth in the Declaration, Arent Fox continues to review and update any connections with the Debtors, creditors, parties-in-interest and professionals. Accordingly, I make this supplement to the Declaration in recognition of my ongoing obligation to disclose all connections to the Debtors and their estates as provided under Bankruptcy Rule 2014.

6. Specifically, on or about May 7, 2009, Arent Fox was engaged by Landauer Metropolitan, an existing client, to perform a limited review of an amended and restated loan agreement (the "Loan Agreement") between Landauer Metropolitan and its lenders. The main lender pursuant to the Loan Agreement is CIT Healthcare, an affiliate of CIT Technology Financial Services, Inc. Arent Fox did not represent CIT Healthcare in this matter.

7. CIT Technology Financial Services, Inc. is an unsecured creditor listed on the Debtors' creditor matrix in these cases. Arent Fox's representation of Landauer Metropolitan is wholly unrelated to its representation of the Committee in these chapter 11 cases and will not impair Arent Fox's representation of the Committee.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of August, at New York, New York.

/s/ Andrew Silfen
Andrew I. Silfen