## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WORLDSPACE, INC, et al.[1],<br><br>               Debtor | Chapter 11<br><br>Case No. 08-12412 (PJW)<br><br>**Re: Docket No. 169** |

## SUPPLEMENTAL DECLARATION
## OF ANDREW I. SILFEN IN SUPPORT OF THE
## APPLICATION FOR AN ORDER AUTHORIZING
## EMPLOYMENT AND RETENTION OF ARENT FOX LLP
## AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS *NUNC PRO TUNC* TO OCTOBER 29, 2008

I, Andrew I. Silfen, hereby declare under penalty of perjury:

1.      I am a partner of the law firm of Arent Fox LLP ("Arent Fox"), which employs approximately 350 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019, as well as offices in Washington, DC and Los Angeles, CA, and I am chair of the Bankruptcy and Financial Restructuring Group at Arent Fox.

2.      I am fully familiar with the facts hereinafter stated, and am authorized to make this supplemental declaration (the "Supplemental Declaration") on behalf of Arent Fox. The information contained in this Supplemental Declaration is of my own personal knowledge or derived from my review of the file in this case.

3.      I submit this Supplemental Declaration to provide continuing disclosures as required pursuant to Sections 328 and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 2014(a), regarding Arent Fox's representation of the

---

[1] The Debtors are: (1) WorldSpace, Inc. (TIN: 52-1732881); (2) AfriSpace, Inc. (TIN: 52-1693956); and (3) WorldSpace Systems Corporation (TIN: 52-2010695).

Official Committee of Unsecured Creditors in the chapter 11 cases of WorldSpace, Inc, *et al.* (the "Debtors").

4. On December 1, 2008, the Official Committee of Unsecured Creditors (the "Committee") filed its application to employ and retain Arent Fox as counsel to the Committee *nunc pro tunc* to October 29, 2008 (the "Application") (Doc. No. 169), which was accompanied by my declaration in support thereof (the "Declaration"), and it provided certain disclosures under Sections 327, 328, 504 and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

5. On February 26, 2009 (Doc. No. 408) and August 13, 2009 (Doc. No. 671) (collectively, the "Supplemental Declarations"), I submitted supplements to the Declaration, providing additional disclosures under sections 327, 328, 504 and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

6. As set forth in the Declaration and Supplemental Declarations, Arent Fox will continue to review and update any connections with the Debtors, creditors, parties-in-interest and professionals. Accordingly, I make this Supplemental Declaration in recognition of my ongoing obligation to disclose all connections to the Debtors and their estates as provided under Bankruptcy Rule 2014.

7. The purpose of this Supplemental Declaration is to disclose the following connections:

    a. Liberty Media

        i. Liberty Media's affiliate, Liberty Satellite Radio LLC, recently purchased the secured lenders' claims in these bankruptcy proceedings. Celebrate Express, a subsidiary of Liberty Media, is a past counterparty to contracts with the Debtors of the bankruptcy case of *In re eToys Direct 1, LLC, et al.* ("eToys"), chapter 11 case no. 08-13412 (BLS),

currently pending before the Bankruptcy Court for the District of Delaware. Arent Fox represents the Official Committee of Unsecured Creditors in *eToys*.

ii. A current firm client, DCI, was part of a joint venture in which Liberty Media Corporation was a member. Liberty Media's owner, John Malone, continues to hold thirty percent (30%) voting power in DCI.

iii. DMX Music, Inc., a subsidiary of Liberty Media, is an unsecured creditor in an unrelated bankruptcy case, *In re Right Start Acquisition Company and Babystyle, Inc.*, chapter 11 case no. 09-11132 (MT), currently pending before the Bankruptcy Court for the Central District of California. Arent Fox represents the Official Committee of Unsecured Creditors in *Right Start*.

b. Thomson Reuters, a Client-Friendly Party, has an affiliate, Thomson Licensing, that is an unsecured creditor in these bankruptcy cases.

c. Hogan & Hartson, an unsecured creditor in these bankruptcy proceedings, represents Rush Sports & Events International Party Limited, a party to an unrelated matter in which a partner of Arent Fox serves as an arbitrator.

d. PwC Taiwan, a current Client-Friendly party, has an affiliate, Price Waterhouse Coopers, that is an unsecured creditor in these bankruptcy proceedings.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of JAN 2010 at New York, New York.

Andrew I. Silfen