IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WORLDSPACE, INC., et al.,[1] | ) | Case No. 08-12412 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket No. 878** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS FOR FEBRUARY 11, 2010
AT 9:30 A.M. BEFORE THE HONORABLE PETER J. WALSH AT
THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR,
COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

**HEARING CANCELLED**

UNCONTESTED MATTER WITH
CERTIFICATION OF NO OBJECTION:

1.  Debtors' Motion for Order Further Extending the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Federal Rule of Bankruptcy Procedure 9027 (Filed 12/31/09) [Docket No. 823].

    Related Documents:

    A.  Certification of No Objection Regarding Debtors' Motion for Order Further Extending the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Federal Rule of Bankruptcy Procedure 9027 (Filed 2/8/10) [Docket No. 877].

    Response Deadline:  February 4, 2010 at 4:00 p.m.

    Response(s):  None.

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are: WorldSpace, Inc. (2881); AfriSpace, Inc. (3956); and WorldSpace Systems Corporation (0695); each with a mailing address of 8515 Georgia Avenue, Silver Spring, MD 20910.

[2] **Amended information is reflected in bold.**

**Status:** Counsel has been advised by the Court that the order with respect to this matter will be entered, and the hearing is now cancelled.

Dated: February 9, 2010

SHEARMAN & STERLING LLP
Andrew V. Tenzer
Randall L. Martin
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: atenzer@shearman.com
       randy.martin@shearman.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com

Counsel for the Debtors and Debtors in Possession