# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WORLDSPACE, INC., et al.,[1] | Case No. 08-12412 (PJW) (Jointly Administered) |
| Debtors. | Re: Docket No. 989 Obj. Deadline: 5/19/2010 @ 4:00 PM |

## CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTEENTH MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010

The undersigned counsel hereby certifies that, as of the date hereof:

1. He has received no objection to the Eighteenth Monthly Application of Arent Fox LLP ("AF") for Allowance and Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2010 through March 31, 2010 (the "Application") (Docket No. 989) filed on April 29, 2010.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by May 19, 2010 (the "Objection Deadline").

3. The undersigned further certifies that he has reviewed the Court's docket in this case and no objection to the Application appears thereon. Pursuant to general chambers procedures § 2(a)(v.), undersigned counsel files this Certificate of No Objection Regarding the Application following two business days after the Objection Deadline.

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are: WorldSpace, Inc. (2881); AfriSpace, Inc. (3956); and WorldSpace Systems Corporation (0695); each with a mailing address of 8515 Georgia Avenue, Silver Spring, MD 20910.

4. The Application requested payment in the amount of $15,671.20 (80% of $19,589.00) and expenses in the amount of $400.24 (100%) pursuant to the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Fee Procedures Order") (Docket No. 110). The Application also requested allowance of fees in the amount of $19,589.00 and expenses in that amount of $400.24 pursuant to the Fee Procedures Order. As noted above no objections were received to the full amount of AF's fee and expense request.

Dated: May 21, 2010  
Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

and

Schuyler G. Carroll
Adrienne W. Blankley
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
Email: Carroll.Schuyler@arentfox.com
Email: Blankley.Adrienne@arentfox.com

*Counsel for the Official
Committee of Unsecured Creditors*