IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WORLDSPACE, INC., *et al.*,[1] | Case No. 08-12412 (PJW) (Jointly Administered) |
| Debtors. | Re: Docket No. 1221<br>Obj. Deadline: 12/6/2010 @ 4:00 PM |

## CERTIFICATION OF NO OBJECTION REGARDING EIGHTH QUARTERLY FEE APPLICATION OF ARENT FOX LLP, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

The undersigned counsel hereby certifies that, as of the date hereof:

1. She has received no answer, objection, or other responsive pleading to the Eighth Quarterly Fee Application of Arent Fox LLP ("AF"), for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of July 1, 2010 through September 30, 2010 (the "Application") (Docket No. 1221) filed on November 15, 2010.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by December 6, 2010 (the "Objection Deadline").

3. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to general chambers procedures § 2(a)(v.), undersigned counsel files this Certificate of No Objection Regarding the Application following two business days after the Objection Deadline.

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are: WorldSpace, Inc. (2881); AfriSpace, Inc. (3956); and WorldSpace Systems Corporation (0695); each with a mailing address of 8515 Georgia Avenue, Silver Spring, MD 20910.

4. The Application requested payment of twenty percent (20%) of the quarterly fee amount in the amount of $4,393.80 (20% of $21,969.00) pursuant to the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Fee Procedures Order") (Docket No. 110). The Application also requested allowance of fees in the amount of $21,969.00 and expenses in the amount of $82.75 pursuant to the Fee Procedures Order. As noted above, no objections were received to the full amount of AF's fee and expense request.

Dated: December 10, 2010
Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/ _____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

and

Schuyler G. Carroll
David J. Kozlowski
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: Carroll.Schuyler@arentfox.com
Email: Kozlowski.David@arentfox.com

*Counsel for the Official*
*Committee of Unsecured Creditors*