# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| WorldSpace, Inc., *et al.*,[1] | : | Case No. 08-12412 (LSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 12, 2017 AT 10:15 A.M. ET

**UNCONTESTED ITEM(S) WITH CERTIFICATE OF NO OBJECTION/ CERTIFICATION OF COUNSEL:**

1. Application of Charles M. Forman, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Rules of Bankruptcy Procedure for Authority to Employ and Retain Formanlaw LLC d/b/a Forman Holt as Substitute General Bankruptcy Counsel, *Nunc Pro Tunc* to August 1, 2017; filed September 14, 2017 [Docket No. 1762].

   Response Deadline:  September 29, 2017 at 4:00 P.M. ET.

   Responses Received:  None.

   Related Documents:

   A. Certificate of No Objection; filed October 9, 2017 [Docket No. 1763].

   B. Proposed Order.

   Status:  A certificate of no objection has been filed.  No hearing is necessary unless required by the Court.

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtors' federal tax identification number, are: WorldSpace, Inc. (2881); AfriSpace, Inc. (3956); WorldSpace Systems Corporation (0695); and WorldSpace Satellite Company Ltd. (7577).

Dated: October 9, 2017　　　　　　　CIARDI CIARDI & ASTIN
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　*/s/ Joseph J. McMahon, Jr.*
　　　　　　　　　　　　　　　　　　Daniel K. Astin, Esq. (No. 4068)
　　　　　　　　　　　　　　　　　　John D. McLaughlin, Jr. (No. 4123)
　　　　　　　　　　　　　　　　　　Joseph J. McMahon, Jr., Esq. (No. 4819)
　　　　　　　　　　　　　　　　　　1204 North King Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Tel: (302) 658-1100
　　　　　　　　　　　　　　　　　　Fax: (302) 658-1300
　　　　　　　　　　　　　　　　　　jmcmahon@ciardilaw.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Kim R. Lynch
　　　　　　　　　　　　　　　　　　FORMAN HOLT
　　　　　　　　　　　　　　　　　　66 Route 17 North, First Floor
　　　　　　　　　　　　　　　　　　Tel.: (201) 845-1000
　　　　　　　　　　　　　　　　　　Fax : (201) 655-6650
　　　　　　　　　　　　　　　　　　klynch@formanlaw.com

　　　　　　　　　　　　　　　　　　*Counsel/Proposed Counsel to Charles M. Forman,*
　　　　　　　　　　　　　　　　　　　*Chapter 7 Trustee*