**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| WorldSpace, Inc., *et al.*, | Case No. 08-12412 (LSS) |
| Debtors. | (Jointly Administered) |

**REQUEST FOR REMOVAL FROM MASTER AND
ECF SERVICE LISTS AND FROM ECF NOTIFICATIONS**

**PLEASE TAKE NOTICE** that William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire of Chipman Brown Cicero & Cole, LLP, counsel of record for the Secured Lenders and Bank of America, N.A., hereby request to be removed from all service lists, including all electronic service lists and the ECF notification system for the above-captioned cases. Please remove as follows:

> William E. Chipman, Jr. (No. 3818)
> Mark D. Olivere (No. 4291)
> **CHIPMAN BROWN CICERO & COLE, LLP**
> Hercules Plaza, 1313 North Market Street, Suite 5400
> Wilmington, Delaware 19801
> Telephone:  (302) 295-0191
> Facsimile:  (302) 295-0199
> Email:  chipman@chipmanbrown.com
> olivere@chipmanbrown.com
> dero@chipmanbrown.com
> mccloskey@chipmanbrown.com

Dated: November 2, 2017
     Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199
Email:  chipman@chipmanbrown.com
olivere@chipmanbrown.com